LLC- Balance Sheet

7
Texas LLC

**ASSETS**
  **Current Assets**
    **Checking/Savings**
      **1011 · Compass Bank**

| | |
|---|---:|
| 10119 · Payroll | (6,292.65) |
| 10120 · Payroll 2 - #1 Deposits | |
| 10121 · MMKT | 59,417.01 |
| 10130 · Main Checking 2 - #6 Deposits | |
| 10131 · Checking - #5 Deposits | |
| **Total 1011 · Compass Bank** | |
| **1015 · Sovereign Bank** | |
| 10151 · Operating Account | 22,994.19 |
| 10152 · Payroll | 3,312.87 |
| 10153 · Credit Card | 68,442.01 |
| **Total 1015 · Sovereign Bank** | |
| **1020 · Cash On Hand** | |
| 1021 · Cash Greenville | |
| 1025 · Cash Arlington | |
| 1026 · Cash NW Hwy | |
| **Total 1020 · Cash On Hand** | |
| 1101 · Asset Hold Account-Misc | 883.90 |
| **Total Checking/Savings** | 148,757.33 |
| **Accounts Receivable** | |
| 1200 · Accounts Receivable | |
| **Total Accounts Receivable** | 401.70 |
| **Other Current Assets** | |
| 1300 · Deposits | |
|   1301 · Deposits Greenville | |
|     13011 · Deposit - Beer Kegs | |
|     1301 · Deposits Greenville - Other | |
|   Total 1301 · Deposits Greenville | |
|   1302 · Deposits Addison | |
|     13022 · Deposit - Beer Kegs | |
|     1302 · Deposits Addison - Other | |
|   Total 1302 · Deposits Addison | |
|   1305 · Deposits Arlington | |
|     13055 · Deposit - Beer Kegs | |
|     1305 · Deposits Arlington - Other | |
|   Total 1305 · Deposits Arlington | |
|   1306 · Deposits NW Hwy | |
|     13066 · Deposit - Beer Kegs | |
|     1306 · Deposits NW Hwy - Other | |
|   Total 1306 · Deposits NW Hwy | |
| Total 1300 · Deposits | |
| 1390 · EAT24/Foodsby/DoorDash/UberEats | |
|   13981 · Amazon Prime-Greenville | |
|   13986 · Amazon Prime-Northwest Hwy | |
| Total 1390 · EAT24/Foodsby/DoorDash/UberEats | |
| 1401 · Due from Greenville | 246,944.01 |
| 1402 · Due from Addison | |

|  | Texas LLC |
|---|---|
| **1405 · Due from Arlington** | 198,238.45 |
| **1406 · Due from NW Highway** | 126,555.33 |
| **1407 · Due to Texas LLC** |  |
| **1499 · Unresolved Over/Short** |  |
|     417 · Unresolved-Regional | 0.55 |
|     1499 · Unresolved Over/Short - Other |  |
| **Total 1499 · Unresolved Over/Short** |  |
| **1510 · Employee Advances** | 40.19 |
| **1520 · Inventory** |  |
|     1521 · Inventory Greenville |  |
|         110 · Greenville - Bev |  |
|         101 · Greenville - Food |  |
|         111 · Greenville Alcohol |  |
|             102 · Greenville - Liquor |  |
|             103 · Greenville - Beer Bottles |  |
|             104 · Greenville - Beer Kegs |  |
|             105 · Greenville - Wine |  |
|         Total 111 · Greenville Alcohol |  |
|         108 · Greenville - Retail |  |
|         109 · Greenvillle - Chemicals |  |
|     Total 1521 · Inventory Greenville |  |
|     1525 · Inventory Arlington |  |
|         510 · Arlington - Bev |  |
|         501 · Arlington - Food |  |
|         555 · Arlington Alcohol |  |
|             502 · Arlington - Liquor |  |
|             503 · Arlington - Beer Bottles |  |
|             504 · Arlington - Beer Kegs |  |
|             505 · Arlington - Wine |  |
|         Total 555 · Arlington Alcohol |  |
|         508 · Arlington - Retail |  |
|         509 · Arlington - Chemicals |  |
|     Total 1525 · Inventory Arlington |  |
|     1526 · Inventory NW Hwy |  |
|         610 · NW Hwy - Bev |  |
|         601 · NW Hwy - Food |  |
|         666 · NW Hwy Alcohol |  |
|             602 · NW Hwy - Liquor |  |
|             603 · NW Hwy - Beer Bottles |  |
|             604 · NW Hwy - Beer Kegs |  |
|             605 · NW Hwy - Wine |  |
|         Total 666 · NW Hwy Alcohol |  |
|         608 · NW Hwy - Retail |  |
|         609 · NW Hwy - Chemicals |  |
|     Total 1526 · Inventory NW Hwy |  |
|     1531 · Inventory Brewery - Greenville |  |
|     1533 · Inventory Brewery - Arlington |  |
|     1534 · Inventory Brewery - NW Hwy |  |
| **Total 1520 · Inventory** |  |
| **1535 · Prepaid beer #1** |  |
| **1538 · Prepaid beer #5** |  |

|  |  | Texas LLC |
|---|---|---:|
| 1539 · Prepaid Beer #6 | | |
| 1540 · Prepaid Expenses | | |
|    1541 · Prepaid Expenses Greenville | | |
|    1545 · Prepaid Expenses Arlington | | |
|    1546 · Prepaid Expenses NW Hwy | | |
|    1547 · Prepaid Expenses Texas LLC | | 1,023.15 |
|    1551 · Prepaid W/C Ins Greenville | | |
|    1555 · Prepaid W/C Ins Arlington | | |
|    1556 · Prepaid W/C Ins NW Hwy | | |
|    1561 · Prepaid Liab Ins Greenville | | |
|    1565 · Prepaid Liab Ins Arlington | | |
|    1566 · Prepaid Liab Ins NW Hwy | | |
|    1571 · Prepaid Rent Greenville | | |
|    1575 · Prepaid Rent Arlington | | |
|    1576 · Prepaid Rent NW Hwy | | |
|    1586 · Prepaid Flood Insurance | | |
| Total 1540 · Prepaid Expenses | | |
| Total Other Current Assets | | |
| **Total Current Assets** | | |
| **Fixed Assets** | | |
| 1610 · China, silver glass and linen | | |
| 1620 · Furniture | | |
|    1621 · Furniture & Equipment Greenvill | | |
|    1622 · Furniture & Equipment Addison | | |
|    1625 · Furniture & Equipment Arlington | | |
|    1626 · Furniture & Equipment NW Hwy | | |
|    1627 · Furniture & Equipment Texas LLC | | 82,358.50 |
| Total 1620 · Furniture | | |
| 1650 · Leasehold Improvements | | |
|    1651 · Leasehold Improve - Greenville | | |
|    1652 · Leasehold Improve - Addison | | |
|    1655 · Leasehold Improve - Arlington | | |
|    1656 · Leasehold Improve - NW Hwy | | |
|    1657 · Leasehold Improve-LLC | | 5,471.17 |
| Total 1650 · Leasehold Improvements | | |
| 1800 · Accumulated Depreciation | | |
|    1801 · Accumulated Depreciation - #1 | | |
|    1802 · Accumulated Depreciation - #2 | | |
|    1805 · Accumulated Depreciation - #5 | | |
|    1806 · Accumulated Depreciation - #6 | | |
|    1807 · Accumulated Depreciation-TX LLC | | (64,109.00) |
| Total 1800 · Accumulated Depreciation | | |
| **Total Fixed Assets** | | |
| **Other Assets** | | |
| 119000 · Suspense | | - |
| 1899 · Loan Cost | | 40,495.50 |
| 1900 · Intangible Assets | | |
|    1901 · Greenville - Intangible Assests | | |
|    1902 · Addison - Intangible Assests | | |
|    1905 · Arlington - Intangible Assests | | |
|    1906 · NW Hwy - Intangible Assests | | |

|  | Texas LLC |
|---|---:|
| **1907 · TX LLC - Intangible Assets** | 1,157,463.00 |
| **Total 1900 · Intangible Assets** | |
| **1990 · Accumulated Amortization** | |
|     1991 · Accumulated Amortization #1 | |
|     1992 · Accumulated Amortization #2 | |
|     1995 · Accumulated Amortization #5 | |
|     1996 · Accumulated Amortization #6 | |
|     1997 · Accumulated Amortization #7 | (994,227.10) |
| **Total 1990 · Accumulated Amortization** | |
| **Total Other Assets** | |
| **TOTAL ASSETS** | 949,412.78 |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         2000 · Accounts Payable | #REF! |
|       Total Accounts Payable | |
|       Credit Cards | |
|         2047 · Credit Card 2 due John | 8,279.14 |
|       Total Credit Cards | |
|       Other Current Liabilities | |
|         2050 · Gift Certificates | |
|           2051 · GC Greenville | |
|           2052 · GC Addison | |
|           2055 · GC Arlington | |
|           2056 · GC NW Hwy | |
|           2060 · GC on Account | 21,022.26 |
|         Total 2050 · Gift Certificates | |
|         2070 · Groupon Coupon | |
|           2071 · Groupon One | 36,644.27 |
|         Total 2070 · Groupon Coupon | |
|         20711 · Groupon Addison $20 for $12 | |
|         20712 · Groupon Addison $40 for $24 | |
|         20713 · Amazon Local $20/$10 - Addison | |
|         2100 · Payroll Liabilities | |
|           2101 · Payroll Liabilities Greenville | |
|             21011 · Payroll liab-wage garnish | |
|             21012 · Payroll liab - WH/Med/SS taxes | |
|             21013 · Payroll liab - FUTA tax | |
|             21014 · Payroll liab - SUTA tax | |
|           Total 2101 · Payroll Liabilities Greenville | |
|           2102 · Payroll Liabilities Addison | |
|           2103 · Payroll Liabilities Las Colinas | |
|             21032 · Payroll liab - WH/Med/SS taxes | |
|           Total 2103 · Payroll Liabilities Las Colinas | - |
|           2105 · Payroll Liabilities Arlington | |
|             21052 · Payroll liab - WH/Med/SS taxes | |
|             21053 · Payroll liab - FUTA tax | |
|             21054 · Payroll liab - SUTA tax | |
|             2105 · Payroll Liabilities Arlington - Other | |
|           Total 2105 · Payroll Liabilities Arlington | |

|  |  |
|---|---:|
| Texas LLC |  |
| **2106 · Payroll Liabilities NW Hwy** |  |
| 21061 · Payroll liab - wage garnish |  |
| 21062 · Payroll liab - WH/Med/SS taxes |  |
| 21063 · Payroll liab - FUTA tax |  |
| 21064 · Payroll liab - SUTA tax |  |
| **Total 2106 · Payroll Liabilities NW Hwy** |  |
| **2107 · Payroll Liabilities Texas LLC** |  |
| 21072 · Payroll liab - WH/Med/SS taxes |  |
| 21073 · Payroll liab - FUTA tax |  |
| 21074 · Payroll liab - SUTA tax |  |
| **Total 2107 · Payroll Liabilities Texas LLC** | 18,768.92 |
| **Total 2100 · Payroll Liabilities** |  |
| **2300 · Accrued Expenses** |  |
| 2301 · Accrued Expenses Greenville |  |
| 2305 · Accrued Expenses Arlington |  |
| 2306 · Accrued Expenses NW Hwy |  |
| 2321 · Accrued Utility Expense 1 |  |
| 2325 · Accrued Utility Expense 5 |  |
| 2326 · Accrued Utility Expense 6 |  |
| 2341 · Accrued Credit Card Fees 1 |  |
| 2345 · Accrued Credit Card Fees 5 |  |
| 2346 · Accrued Credit Card Fees 6 |  |
| **Total 2300 · Accrued Expenses** |  |
| **2400 · Note Payable Current** |  |
| 2401 · N/P Current Greenville |  |
| 2402 · N/P Current Addison |  |
| 2405 · N/P Current Arlington |  |
| 2406 · N/P Current NW Hwy |  |
| **Total 2400 · Note Payable Current** |  |
| **2408 · NP Finance Note-Liability Ins** |  |
| **2409 · Note Payable-John M. McMurray** | 344,916.71 |
| **2420 · Note Payable - Finance Note WC** |  |
| **2500 · 401k** |  |
| 2501 · 401K - Greenville |  |
| 2505 · 401K - Arlington |  |
| 2506 · 401K - NW Hwy |  |
| 2507 · 401K - Texas LLC | 519.00 |
| **Total 2500 · 401k** |  |
| **2700 · Note Payable for TV Purchase** |  |
| 2701 · Best Buy | 13,487.11 |
| **Total 2700 · Note Payable for TV Purchase** |  |
| **Total Other Current Liabilities** |  |
| **Total Current Liabilities** |  |
| **Long Term Liabilities** |  |
| 2830 · Note Payable - Auto Finance | 12,632.30 |
| 2840 · Note Payable Sovereign Bank |  |
| 2841 · N/P LT Greenville |  |
| 2842 · N/P LT Addison |  |
| 2845 · N/P LT Arlington |  |
| 2846 · N/P LT NW Hwy |  |
| 2840 · Note Payable Sovereign Bank - Other | - |

|  | Texas LLC |
|---|---|
| **Total 2840 · Note Payable Sovereign Bank** |  |
| **Total Long Term Liabilities** |  |
| **Total Liabilities** |  |
| **Equity** |  |
| 3110 · Retained Earnings | (1,721,545.40) |
| 3135 · Partner One Equity |  |
|     3145 · Partner One Draws | 2,008,127.81 |
|     3155 · Partner One Contributions | 72,537.00 |
| Total 3135 · Partner One Equity |  |
| Net Income | 32,400.26 |
| **Total Equity** |  |
| **TOTAL LIABILITIES & EQUITY** | **#REF!** |
|  | #REF! |