UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: Humperdink's Six Flags Drive, Ltd., et al | CASE NO: 19-40572<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 2/14/2019, I did cause a copy of the following documents, described below,

Notice of Chapter 11 Bankruptcy (19-40572)

Notice of Chapter 11 Bankruptcy (19-30498)

Notice of Chapter 11 Bankruptcy (19-30501)

EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT OF PREPETITION PAYROLL, PAYROLL TAXES AND RELATED EXPENSES 19

MOTION FOR SETTING AND REQUEST FOR EMERGENCY HEARING 20

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/14/2019

/s/ Howard Marc Spector
Howard Marc Spector  785023
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, TX  75251
214 365 5377

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE:  Humperdink's Six Flags Drive, Ltd., et al | CASE NO: 19-40572<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11 |

On 2/14/2019, a copy of the following documents, described below,

Notice of Chapter 11 Bankruptcy (19-40572)

Notice of Chapter 11 Bankruptcy (19-30498)

Notice of Chapter 11 Bankruptcy (19-30501)

EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT OF PREPETITION PAYROLL, PAYROLL TAXES AND RELATED EXPENSES 19

MOTION FOR SETTING AND REQUEST FOR EMERGENCY HEARING 20

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/14/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Howard Marc Spector
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, TX  75251

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ECR SYSTEMS
11969 PLANO RD. STE#100
DALLAS TX 75243-5436

HENRY'S HOMEMADE ICE CREAM
3100 INDEPENDENCE PARKWAY SUITE 215
PLANO TX 75075-1996

JOHN MCMURRAY
4224 MILLVIEW LANE
DALLAS TX 75287-3964

OFFICE OF THE UNITED STATES TRUSTEE
1100 COMMERCE STREET ROOM 976
DALLAS TX 75242-0996

SESAC INC.
55 MUSIC SQUARE EAST
NASHVILLE TN 37203-4324

VERITEX BANK
17950 PRESTON ROAD SUITE 100
DALLAS TX 75252-4641

ARLINGTON ISD
% PERDUE BRANDON FIELDER ET AL
500 E. BORDER STREET
SUITE 640
ARLINGTON TX 76010-7457

ASCAP
2675 PACES FERRY RD SE STE#350
ATLANTA GA 30339-4362

HALPERNS' STEAK & SEAFOOD
PO BOX 116421
ATLANTA GA 30368-6421

HILL COUNTRY DAIRIES
PO BOX 80467
AUSTIN TX 78708-0467

MCKENZIE CHASE MANAGEMENT
PO BOX 30550
SEATTLE WA 98113-0550

R L SCHREIBER INC
P.O. BOX 95000-5970
PHILADELPHIA PA 19195-5970

SYSCO FOOD SERVICES OF DALLAS LP
P.O. BOX 560700
LEWISVILLE TX 75056-0700

HUMPERDINK'S SIX FLAGS DRIVE LTD.
PO BOX 542465
DALLAS TX 75354-2465

BMI
10 MUSIC SQUARE EAST
NASHVILLE TN 37203-4321

HARDIE'S
P.O. BOX 671554
DALLAS TX 75267-1554

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

MIDLAND LOAN SERVICES
SPIRIT REALTY CAPITAL
6242 E 41ST
TULSA OK 74135-6118

RON WRIGHT TARRANT COUNTY PROPERTY TAX
PO BOX 961018
FORT WORTH TX 76161-0018

3 MB L.P.
PO BOX 541208
DALLAS TX 75354-1208

HUMPERDINK'S WEST NORTHWEST HIGHWAY LT
PO BOX 542465
DALLAS TX 75354-2465

AC BEVERAGE SOUTHWEST
PO BOX 471835
FORT WORTH TX 76147-1408

DSF3 HP PARTNERS LP
4303 WEST LOVERS LANE
SUITE 200
DALLAS TX 75209-2803

JOHN R AMES DALLAS COUNTY PROPERTY TAX
PO BOX 139066
DALLAS TX 75313-9066

EXCLUDE
1100 COMMERCE STREET
ROOM 1254
DALLAS TX 75242-1305

TARRANT COUNTY
LINEBARGER GOGGAN BLAIR & SAMPSON
C/O LAURIE A. SPINDLER
2777 N. STEMMONS FREEWAY
DALLAS TX 75207

MCKENZIE CHASE MANAGEMENT
PO BOX 30550
SEATTLE WA 98113-0550

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
VERITEX COMMUNITY BANK                HUMPERDINKS TEXAS LLC        DALLAS COUNTY
C/O STREUSAND LANDON OZBURN & LEMMON  PO BOX 542465                LINBARGER GOGGAN BLAIR & SAMPSON LLP
1801 S. MOPAC EXPRESSWAY              DALLAS TX 75354-2465         C/O LAURIE A SPINDLER
SUITE 320                                                          2777 N STEMMONS FRWY NO 1000
AUSTIN TX 78746                                                    DALLAS TX 75201
```