



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 19, 2019**

*Mark X. Mullin*
_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § § | |
| **Humperdink's Texas, LLC** | § § | **CASE NO. 19-30501** |
| **Debtor.** | § § § | |

## ORDER GRANTING MOTION TO TRANSFER CASE INTRA-DISTRICT

     CAME ON FOR CONSIDERATION the Motion to Transfer Case Intra-district (the "**Motion,**" Docket No. 19) filed by Humperdink's West Northwest Highway, Ltd. and Humperdink's Texas, LLC (collectively, the "**Debtors**"), as more fully set forth in the Motion, and the Court having jurisdiction to consider the Motion and relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their estates; and due notice of the Motion having been given to the U.S. Trustee for the Northern District of Texas and to all of the creditors on the Debtors' mailing matrices; and it appearing that no objection has been filed to the relief requested in the Motion and that no other or further notice need be given; and sufficient cause appearing therefore. It is

ORDERED that in connection with the joint administration, Case No. 19-30498 (Humperdink's West Northwest Highway, Ltd.) and Case No. 19-30501 (Humperdink's Texas, LLC) are hereby transferred to the Fort Worth Division.

###END OF ORDER###